UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case
No.:  _2:14–cv–05465–BRO–E_                          Date:  _8/27/2014_
Title:  _ELOHIM EPF USA, INC. ET AL V. HOLLYWOOD ENTERPRISES, INC. ET AL_

Present: The Honorable  ___**BEVERLY REID O'CONNELL**___

Deputy Clerk:  _Renee Fisher_
Court Reporter/Recorder:  _None_
Tape No.:  _N/A_

          Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
                    None                                        None

**Proceedings:         (In Chambers)**

### ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

   Defendant(s) did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

   Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

   IT IS SO ORDERED.

Initials of Deputy Clerk:  _rfi_